AO 240A (Rev. 1/94)

# UNITED STATES DISTRICT COURT

**District of** _____

| | |
|---|---|
| Manuel Vega<br>Plaintiff<br><br>V.<br>Willard McKinstry d/b/a<br>McKinstry's Market Garden<br><br>Defendant | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES**<br><br>CASE NUMBER: 05-30173-MAP |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

☑ GRANTED.

  ☑ The clerk is directed to file the complaint.

  ☑ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTER this __25__ day of __July__, __2005__.

_____
Signature of Judicial Officer

/KENNETH P. NEIMAN/
Name and Title of Judicial Officer   MAGISTRATE JUDGE

AO 240A (Rev. 1/94)

# UNITED STATES DISTRICT COURT

_____ District of _____

Julio Vega

    Plaintiff

V.

Willard McKinstry d/b/a
McKinstry's Market Garden

    Defendant

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

CASE NUMBER: 05-30173-MAP

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

☒ GRANTED.

    ☑ The clerk is directed to file the complaint.

    ☑ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTER this   25   day of   July  , 2005.

                                             _____
                                             Signature of Judicial Officer

                                           Kenneth P. Neiman
                                            Name and Title of Judicial Officer  Magistrate Judge