## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

C. A. NO.  05-30173-MAP

_____ )

MANUEL VEGA, and JULIO VEGA,            )
                                        )
            Plaintiffs                  )
                                        )          **ASSENTED TO MOTION TO**
      v.                                )          **VACATE ORDER OF DISMISSAL**
                                        )          **AND REQUEST FOR LEAVE TO**
WILLARD MCKINSTRY d/b/a                  )          **FILE NOTICE OF DISMISSAL**
MCKINSTRY'S MARKET GARDEN,              )          **WITH PREJUDICE**
                                        )
            Defendant                   )
_____ )

Plaintiffs move this Court for an order vacating is Order of Dismissal entered on February 9, 2006 for failure to file return of service and to permit the filing and entry of the accompanying Notice of Dismissal with prejudice.  As grounds for this motion, the plaintiffs state:

1. Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, the plaintiffs provided notice to the defendant of the pending litigation in this case by sending to him via first class mail Form 1A Notice of Lawsuit and Request for Waiver of Service of Summons and Form 1B Waiver of Service of Summons as prescribed by Rule 84 on October 3, 2005.

2. Upon receipt of Forms 1A and 1B by the defendant, the parties immediately entered into negotiations to settle the litigation.

3. The defendant did not return Forms 1A and 1B, however the terms of the settlement were reached and documents pertaining to the settlement were transferred between parties.

1

4.  Because of the parties focus on settlement, plaintiff's counsel failed to notice that the deadline for sending the return of service had run.

5. The parties hereby move to vacate this Honorable Court's dismissal of the action and request leave to file a Notice of Dismissal with prejudice to preserve and consummate the settlement agreed to by the parties.

Dated: February 13, 2006

/s/ Robert W. Berge
Robert W. Berge
BBO#697477
J. Paterson Rae
BBO#410520
Attorneys for Plaintiffs
Western Mass. Legal Services
127 State Street, 4th Fl.
Springfield, MA 01103
(413)781-7814, Fax (413)746-3221

CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I, Robert W. Berge, attorney for the plaintiffs, hereby certify I have conferred with the defendant in an attempt to resolve this issue and he has assented to this motion.

Date: February 13, 2006

/s/ Robert W. Berge
Robert W. Berge
Western Mass. Legal Services
127 State Street, 4th Fl.
Springfield, MA 01103

CERTIFICATE OF SERVICE

I, Robert W. Berge, attorney for the plaintiffs, hereby certify that I have this day served the forgoing on the defendant by sending to him via first class mail a copy thereof.

Dated: February 13, 2006

/s/ Robert W. Berge
Robert W. Berge
Western Mass. Legal Services
127 State Street, 4th Fl.
Springfield, MA 01103

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

C. A. NO.  05-30173-MAP

_____
                                                      )
MANUEL VEGA, and JULIO VEGA,          )
                                                      )
          Plaintiffs          )
                                                      )          **NOTICE OF DISMISSAL**
        v.                            )
                                                      )
WILLARD MCKINSTRY d/b/a              )
MCKINSTRY'S MARKET GARDEN,      )
                                                      )
         Defendant          )
_____ )


       Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiffs hereby

dismiss the above-entitled action, including all claims and counterclaims, with prejudice and

without costs, expenses and fees, including attorneys' fees.  This dismissal is to enter forthwith

and all rights of appeal are hereby waived.


Dated: February 13, 2006             /s/ Robert W. Berge
                                 Robert W. Berge
                                 BBO#697477
                                 J. Paterson Rae
                                 BBO#410520
                                 Attorneys for Plaintiffs
                                 Western Mass. Legal Services
                                 127 State Street, 4th Fl.
                                 Springfield, MA 01103
                                 (413)781-7814, Fax (413)746-3221

1