## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

C. A. NO.  05-30173-MAP

|  |  |  |
|---|---|---|
| MANUEL VEGA, and JULIO VEGA, | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | **NOTICE OF DISMISSAL** |
| v. | ) | |
| | ) | |
| WILLARD MCKINSTRY d/b/a | ) | |
| MCKINSTRY'S MARKET GARDEN, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiffs hereby

dismiss the above-entitled action, including all claims and counterclaims, with prejudice and

without costs, expenses and fees, including attorneys' fees.  This dismissal is to enter forthwith

and all rights of appeal are hereby waived.

Dated: February 13, 2006

/s/ Robert W. Berge
Robert W. Berge
BBO#697477
J. Paterson Rae
BBO#410520
Attorneys for Plaintiffs
Western Mass. Legal Services
127 State Street, 4th Fl.
Springfield, MA 01103
(413)781-7814, Fax (413)746-3221

1